1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9    DAVID BAUDOIN, *et al.*,                    )
                                                 )
10                     Plaintiffs,               )    Case No.  2:12-cv-00114-JCM-CWH
                                                 )
11   vs.                                         )    **ORDER**
                                                 )
12   LENDER PROCESSING SERVICES, *et al.*,       )
                                                 )
13                     Defendants.               )
     _____)

14

15          This matter is before the Court on the parties' Proposed Discovery Plan/Scheduling Order

16   (#139), filed May 16, 2012.

17          By way of the proposed discovery plan, the parties request that discovery be stayed until

18   rulings have been entered on Defendants' pending dispositive motions. *See* Docket entries (#54),

19   (#55), (#57), (#62), and (#81).  As a general matter, courts have broad discretionary power to

20   control discovery. *See e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988).  The

21   undersigned has considered the reasons set forth in the parties' stipulation (#139) as well as taken a

22   preliminary peek at the pending dispositive motions and agrees that judicial efficiency will be well-

23   served by staying the entry of a discovery order at this time.  In keeping with the directive in Rule 1

24   to construe the Federal Rules of Civil Procedure in a manner to "secure the just, speedy, and

25   inexpensive determination of every action," the Court will require the parties to submit, if

26   necessary, a joint status report and proposed discovery plan and scheduling order within 7 days

27   after the first ruling is entered on any of Defendants' pending dispositive motions.

28          Based on the foregoing and good cause appearing therefore,

            **IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan/Scheduling Order

1    (#139) is **granted in part and denied in part**.

2         DATED this 20th day of June, 2012.

3

4

5         **C.W. Hoffman, Jr.**
          **United States Magistrate Judge**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28