# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID BAUDOIN, *et al.*,

        Plaintiffs,

vs.

LENDER PROCESSING SERVICES, *et al.*,

        Defendants.

Case No.  2:12-cv-00114-JCM-CWH

**ORDER**

       This matter is before the Court on the parties' Proposed Discovery Plan/Scheduling Order (#139), filed May 16, 2012.

       By way of the proposed discovery plan, the parties request that discovery be stayed until rulings have been entered on Defendants' pending dispositive motions. *See* Docket entries (#54), (#55), (#57), (#62), and (#81).  As a general matter, courts have broad discretionary power to control discovery. *See e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988).  The undersigned has considered the reasons set forth in the parties' stipulation (#139) as well as taken a preliminary peek at the pending dispositive motions and agrees that judicial efficiency will be well-served by staying the entry of a discovery order at this time.  In keeping with the directive in Rule 1 to construe the Federal Rules of Civil Procedure in a manner to "secure the just, speedy, and inexpensive determination of every action," the Court will require the parties to submit, if necessary, a joint status report and proposed discovery plan and scheduling order within 7 days after the first ruling is entered on any of Defendants' pending dispositive motions.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan/Scheduling Order

(#139) is **granted in part and denied in part**.

DATED this 20th day of June, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**